B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hankins, Rita M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1083** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**600 S. Bartlett Road**<br>**Bartlett, IL**<br>ZIP Code **60103** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hankins, Rita M** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Hankins, Rita M**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rita M Hankins**
Signature of Debtor  **Rita M Hankins**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 29, 2011**
Date

### Signature of Attorney*

X **/s/ Teresa L. Einarson**
Signature of Attorney for Debtor(s)

**Teresa L. Einarson**
Printed Name of Attorney for Debtor(s)

**Thomas & Einarson, Ltd.**
Firm Name

**29W204 Roosevelt Road**
**West Chicago, IL 60185**

Address

**630-562-2280  Fax: 630-562-2282**
Telephone Number

**March 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Rita M Hankins**
Debtor(s)

Case No. 
Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Rita M Hankins**
**Rita M Hankins**

Date:  **March 29, 2011**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                                           Best Case Bankruptcy

Certificate Number: 05375-ILN-CC-014333543



05375-ILN-CC-014333543

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 27, 2011</u>, at <u>9:21</u> o'clock <u>PM PDT</u>, <u>Rita Hankins</u> received from <u>1st Choice Credit Counseling & Financial Education a/k/a DBSM, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>March 27, 2011</u>          By:     <u>/s/Brian Fitzpatrick</u>

                                      Name:   <u>Brian Fitzpatrick</u>

                                      Title:  <u>Manager</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Advanced Excavating Inc.
29W225 North Ave.
West Chicago, IL 60185


American Express
Box 0001
Los Angeles, CA 90096-8000


American Express Bank FSB
c/o Zwicker & Assoc
7366 N Lincoln Ave, Suite 404
Lincolnwood, IL 60712


Americor Concrete Cutters LLC
1348 Ridge Avenue
Elk Grove Village, IL 60007-4627


Bank of America
PO Box 851001
Dallas, TX 75285-1001


Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886-5170


Bill Me Later
PO Box 105658
Atlanta, GA 30348


Canon Business Solutions
425 North Martingale Rd
Schaumburg, IL 60173


Canon Financial Services
158 Gaither Drive, Suite 200
PO Box 50008
Mount Laurel, NJ 08054


Canon Financial Services
PO Box 4004
Carol Stream, IL 60197-4004

```
Capital One
PO Box 6492
Carol Stream, IL 60197-6492


Cardinal Comp LLC
Claims Division
PO Box 926
Burlington, VT 05402-0926


Caterpillar Financial Services Corp
PO Box 730669
Dallas, TX 75373-0069


Charles R Hankins, Jr.
600 S. Bartlett Road
Bartlett, IL 60103


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


CitiCapital (SM)
PO Box 6229
Carol Stream, IL 60197-6229


Citicards
Processing Center
Des Moines, IA 50363-0001


Component Precast
PO Box 553
West Chicago, IL 60185


Concrete Specialties Company
1375 Gifford Road
Elgin, IL 60120-7306


Contractor Lien Services
6225 N Milwaukee Ave
Chicago, IL 60646


Cottingham & Butler
PO Box 449
Dubuque, IA 52004-0449
```

Daughterty Sales Inc.
571 W Golf Road
Arlington Heights, IL 60005


Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Dirt Works
PO Box 42899
Evergreen Park, IL 60805-0899


Discover
PO Box 6103
Carol Stream, IL 60197


Elgin Joliet & Eastern Railway Co
1141 Maple Rd
Joliet, IL 60432-1981


Ero Tex
N94 W14330 Garwin Mace Drive
Menomonee Falls, WI 53051


Exxon Mobil
PO Box 6404
Sioux Falls, SD 57117


Feece Oil
1700 Hubbard Drive
Batavia, IL 60510


First Equity Card
PO Box 23029
Columbus, GA 31902


Ford Credit
HBC Commercial Lending
2445 St Roase Parkway #412
Henderson, NV 89074


Ford Motor Credit Company
9700 W Higgins Rd
Des Plaines, IL 60018-4796

```
Forest Trails, Inc.
600 S Bartlett Rd
Bartlett, IL 60103


Fox Excavating Inc
1305 S River St
Batavia, IL 60510-9648


Fox River Stone
1250 Larkin Ave
Elgin, IL 60123


Fox Valley & Vicinity Laborers Fund
c/o Dowd Bloch Bennett
8 S Michigan Ave., 19th Floor
Chicago, IL 60603


Fox Valley Chlorinating
24W134 St Charles Rd
Carol Stream, IL 60188-2623


Fox Valley Laborers Fringe Benefit
75 Remittance Dr, Suite 1504
Chicago, IL 60675-1504


Friendly Ford
333 E Irving Park Rd
Roselle, IL 60172


GE Capital
PO Box 802585
Chicago, IL 60680-2585


HD Supply Waterworks
PO Box 91036
Chicago, IL 60693-1036


Hilltop Contracting Inc.
c/o Veddr Price PC - Karen Layng
222 N LaSalle Street, Suite 2600
Chicago, IL 60601-1003


Hoving Pit Stop
1200 Harger Rd #830
Oak Brook, IL 60523
```

```
Ingersoll Rand Equipment & Service
150 E North Ave
Villa Park, IL 60181


JB Concrete
10S312 Schoger Drive
Unit B
Naperville, IL 60564-5643


John Deere Credit
PO Box 4450
Carol Stream, IL 60197-4450


John Deere Credit Inc.
6400 NW 86th St
PO Box 6600
Johnston, IA 50131-6600


John Deere Credit, Inc.
6400 NW 86th St
PO Box 6600
Johnston, IA 50131-6600


Johnson Westra Broecker
Whittaker & Newitt PC
380 S Schmale Rd, Suite 102
Carol Stream, IL 60188


Josephy D Foreman & Company
28102 W Industry Ave
Barrington, IL 60010


Kieft Brothers Inc
837 S Riversidr Dr
Elmhurst, IL 60126-4964


Kieft Brothers, Inc.
c/o Law Offices of Anthony G Suizzo
1701 East Lake Ave., Suite 310
Glenview, IL 60025-2065


LaFarge North America
23285 Network Place
Crystal Lake, IL 60014-3507
```

Lee Jensen Sale Co.
101 W Terra Cotta Ave
Crystal Lake, IL 60014-3507


Marlin Leasing
Northeastern Div
300 Fellowship Road
Mount Laurel, NJ 08054


McCann Industries, Inc
38951 Eagle Way
Chicago, IL 60678-1389


MidAmerican Water
1500 Mountain Street
Aurora, IL 60505-2441


Midwest Chlorinating & Testin Inc.
420 S Western Ave
Bartlett, IL 60103


Midwest Operating Engineers
6150 Joliet Road
Countryside, IL 60525


MSLC Management
406 W Sigwalt St
Arlington Heights, IL 60005-1720


Neenah Foundry Co.
c/o McMahan & Sigunick, Ltd.
412 S. Wells Street, 6th Floor
Chicago, IL 60607


Northwind Concrete Products
4633 Prairie Hill Road
South Beloit, IL 61080-2540


Old Second National Bank
37 South River Street
Aurora, IL 60506-4172


Pat Kean's Friendly Ford
333 E Irving Park Rd
Roselle, IL 60172

```
Patriot Concrete & Asphalt LLC
10S312 Schoger Drive
Unit G
Naperville, IL 60564


Patten Industries Inc
c/o Ryd Law Group PC
1900 Spring Road, Suite 216
Oak Brook, IL 60523


Patten Industries Inc
635 W Lake St
Elmhurst, IL 60126


PirTano
1766 Armitage Court
Addison, IL 60101


Rental Max
908 E Roosevelt Rd
2nd Floor
Wheaton, IL 60187


RG Smith Equipment
622 East Northwest Highway
Des Plaines, IL 60016


Rich's Plumbing Company
Route 1 Box 166
Wapella, IL 61777


Road Fabrics Inc
27W045 St. Charles Rd
Carol Stream, IL 60188-1964


Rock Enterprise
PO Box 8056
Rolling Meadows, IL 60008


Sprint
PO Box 54977
Los Angeles, CA 90054-0977
```

```
State Bank of Illinois
600 E Washington Street
West Chicago, IL 60185


State Bank of Illinois
600 E Washington St
West Chicago, IL 60185


Sunset Logistics LLC
PO Box 1113
Crystal Lake, IL 60014


Tam Trucking
c/o Serota, Dorko & Assoc
PO Box 1008
Arlington Heights, IL 60006


Tam Trucking Inc
400 E North Ave
Streamwood, IL 60107-2540


TCF Equipment Finance Inc
425 N Martingale Rd
Suite 50
Schaumburg, IL 60173-2219


The Blue Book
845 E Geneva
Carol Stream, IL 60188


Union National Bank
101 E Chicago St
Elgin, IL 60120


Vulcan Material
75 Remittance Dr
Suite 3155
Chicago, IL 60675-3155


Water Products Company
PO Box 50
Aurora, IL 60507-0050
```

```
Wheatland Bank
2244 95th St
Naperville, IL 60564


Wheatland Bank
c/o Lorenzini & Assoc
1900 Spring Rd, Suite 501
Oak Brook, IL 60523


Wheaton Bank & Trust Co
c/o Eric A Freeland
1900 Spring Road, Suite 501
Oak Brook, IL 60523
```